Form B6
(6/90)

# United States Bankruptcy Court
# District of Rhode Island

In re   **Cathy L Stone**                             Case No.   **04-13109**
                                                      Chapter    **7**

# AMENDED - SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 64,429.00 | | |
| B - Personal Property | YES | 3 | $ 5,123.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 2,023.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 26,822.21 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,000.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,302.00 |
| Total Number of sheets in ALL Schedules | | 19 | | | |
| | | Total Assets | $ 69,552.00 | | |
| | | Total Liabilities | | $ 28,845.79 | |

X  *[signature]*
Cathy L. Stone

FORM B6A
(6/90)

FILED JAN 21 '05 11:35 USBCRI

In re: **Cathy L Stone** _____    Case No. **04-13109** _____
                Debtor                                                      (If known)

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 961 Main Street<br>Hope Valley, RI 02832 | Life Estate | | $ 64,429.00 | $ 0.00 |
| NOTE: Total value of Life Estate $128,858.00. Debtor has a 50% interest in life estate | | | | |

Total ➢  $ 64,429.00

(Report also on Summary of Schedules.)

X _Cathy L. Stone_ (signature)
Kathy L. Stone

FORM B6C
(6/90)

FILED JAN 21 '05 11:35 USBCRI

In re  Cathy L Stone , Case No. 04-13109
                Debtor.                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).   Note: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1989 Dodge Dynasty | GL §9-26-4(13) | 300.00 | 300.00 |
| 961 Main Street Hope Valley, RI 02832 | GL § 9-26-4.1 | 64,429.00 | 64,429.00 |
| Bedroom set | GL § 9-26-4(3) | 200.00 | 200.00 |
| Clothing | GL § 9-26-4(1) | 0.00 | 300.00 |
| Hand tools | GL § 9-26-4(2) | 200.00 | 200.00 |
| Jewelry | GL §9-26-4(14) | 100.00 | 100.00 |
| Kitchen set | GL § 9-26-4(3) | 400.00 | 400.00 |
| Living room set | GL § 9-26-4(3) | 1,200.00 | 1,200.00 |
| Pots, pans, and other miscellaneous household goods and furnishings, etc. No one item more than $200.00 in value. | GL § 9-26-4(3) | 2,000.00 | 2,000.00 |
| Stove & refrigerator | GL § 9-26-4(3) | 100.00 | 100.00 |
| Washer & dryer | GL § 9-26-4(3) | 100.00 | 100.00 |

X  _Cathy L. Stone_
   Cathy L. Stone

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In Re: Cathy L. Stone,
       Debtor

                                                      Chapter 7
                                                      Case No.: 04-13109

## CERTIFICATION

I, hereby certify that I have sent a copy of this **AMENDED SCHEDULES A, C & SUMMARY OF SCHEDULES**, first class mail, postage prepaid, to each of the below listed parties on the day of January 19, 2005.

*[signature: Dawn Mage]*

Parties served:

The U.S. Trustee
10 Dorrance Street, Room 915,
Providence, RI 02903


Lisa A. Geremia, Esquire
Geremia & DeMarco, Ltd.
The Gardens Office Park I
1350 Division Road
Suite 102
West Warwick, RI 02893